HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY B. WALTON, ) | No.: 3:14-cv-00377 LB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | NOTICE AND ORDER OF SUBSTITUTION |
| CAROLYN W. COLVIN, ) | OF COUNSEL |
| Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     PLEASE TAKE NOTICE, KIMBERLY B. WALTON, Plaintiff in the above-captioned case, hereby substitutes herself in pro per, in the place and stead of HARVEY P. SACKETT.

Dated:   8/13   2014      */s/*
                                         KIMBERLY WALTON
                                         101 Urbano Drive
                                         San Francisco, California 94127

Dated:   8/20   2014      */s/*
                                         HARVEY P. SACKETT

1

NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS SO ORDERED.

Dated: August 20, 2014

_____
LAUREL BEELER
United States Magistrate Judge

2
NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL