UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

KIMBERLY WALTON,                                    No. C 14-00377 LB

                    Plaintiff,                      **ORDER TO SHOW CAUSE**

        v.

CAROLYN COLVIN,

                    Defendant.

_____/

On January 24, 2014, Kimberly Walton, who at the time was represented by attorney Harvey Sackett, filed a complaint against the Commissioner of the Social Security Administration ("SSA"), Carolyn Colvin, that asks the court to review the SSA's decision denying her claim for disability benefits.  Complaint, ECF No. 1.[1]  Ms. Colvin answered her complaint on May 8, 2014.  Answer, ECF No. 13.  Ms. Walton's motion for summary judgment was due by June 5, 2014, Social Security Procedural Order, ECF No. 5 (providing that, in such cases, a plaintiff's summary judgment motion is due within 28 days of the filing and service of a defendant's answer).

On June 5, 2014, Ms. Walton and Ms. Colvin requested the court extend the time for Ms. Walton to file a summary judgment motion to August 4, 2014 and for Ms. Colvin to file any opposition, including cross-motions to September 8, 2014.  Stipulation With Proposed Order, ECF No. 15.  This court granted the time extension on June 6, 2014.  Stipulation and Order, ECF No. 16.  On August 4,

_____

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

2014, Ms. Walton and Ms. Colvin requested the court grant a second extension of time to allow Ms. Walton to file a summary judgment motion by September 23, 2014 and allow Ms. Colvin to file any opposition, including cross-motions by October 21, 2014.  Stipulation With Proposed Order, ECF No. 17.  This court granted the second time extension on August 4, 2014.  Stipulation and Order, ECF No. 18.

Mr. Sackett withdrew from this case on August 20, 2014 and now Ms. Walton is representing herself as a pro se plaintiff.  Notice of Substitution of Counsel, ECF No. 19; Order of Substitution of Counsel, ECF No. 20.

To date, Ms. Walton has not filed any motion for summary judgment, even though her deadline for doing so was extended to September 23, 2014.  Accordingly, the court **ORDERS** Ms. Walton to show cause, in writing and by **October 22, 2014**, why her action should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 7, 2014

_____
LAUREL BEELER
United States Magistrate Judge